# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00698-CV

### In re The State of Texas ex. rel. Stephanie Newell

### ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a motion to dismiss its petition for writ of mandamus, informing the Court that the underlying cause has been dismissed. Accordingly, we grant the motion and dismiss as moot the petition for writ of mandamus.

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly and Theofanis

Filed: September 18, 2025